DISTRICT CLERK

# CASE SUMMARY

## CASE NO. 16-1380

| | | | |
|---|---|---|---|
| CLARISSA BALDERAS VS. FARMERS INSURANCE GROUP DBA FIRE INSURANCE EXCHANGE | § § § § | Location: | **428th District Court** |
| | | Judicial Officer: | **Henry, William R** |
| | | Filed on: | **07/12/2016** |

### CASE INFORMATION

Case Type: **Other Contract**

Case Status: **07/12/2016 Filed**

### PARTY INFORMATION

| | | Attorneys |
|---|---|---|
| **Plaintiff** | **Balderas, Clarissa** | **Michaels, Kevin R.** *Retained* 281-496-9889(W) |
| **Defendant** | **Farmers Insurance Group dba Fire Insurance Exchange** | |

| DATE | EVENTS & ORDERS OF THE COURT |
|---|---|
| | **OTHER EVENTS AND HEARINGS** |
| 07/12/2016 | Court's Docket Sheet |
| 07/12/2016 | Plaintiffs Original Petition (Open Case) |
| 07/12/2016 | Request for Issuance |
| 07/13/2016 | **Citation** Farmers Insurance Group dba Fire Insurance Exchange Served: 07/22/2016 |
| 07/27/2016 | Affidavit of Service/Return Of Service *Farmers Insurance Group d/b/a Fire Insurance Exchange* |

| DATE | FINANCIAL INFORMATION | |
|---|---|---|
| | **Plaintiff** Balderas, Clarissa | |
| | Total Charges | 314.00 |
| | Total Payments and Credits | 314.00 |
| | **Balance Due as of 8/5/2016** | **0.00** |

EXHIBIT
A

*Printed on 08/05/2016 at 3:27 PM*

TRUE AND CORRECT COPY

# CIVIL DOCKET

**16 – 1380**
Filed: 07/12/2016

| Other Contract | 428th District Court |
|---|---|
| CLARISSA BALDERAS VS. FARMERS INSURANCE GROUP DBA FIRE INSURANCE EXCHANGE | |
| Plaintiff<br>Balderas, Clarissa | Lead Attorney<br>Michaels, Kevin R. |
| Defendant<br>Farmers Insurance Gro | Lead Attorney |

10070012968751

| DATE | ORDERS OF THE COURT |
|---|---|
| | |

[illegible]

TRUE AND CORRECT COPY

FILED
7/12/2016 2:37:47 PM
Beverly Crumley
District Clerk
Hays County, Texas

CAUSE NO. 16-1380

| | | |
|---|---|---|
| **CLARISSA BALDERAS** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| | § | |
| **VS.** | § | **HAYS COUNTY, T E X A S** |
| | § | |
| | § | |
| **FARMERS INSURANCE GROUP dba FIRE INSURANCE EXCHANGE** | § § | **_____ JUDICIAL DISTRICT** |

**PLAINTIFF'S ORIGINAL PETITION**

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COMES **CLARISSA BALDERAS**, Plaintiff, complaining of **FARMERS INSURANCE GROUP dba FIRE INSURANCE EXCHANGE**, Defendant, and files this Original Petition, and in connection therewith would respectfully show the Court as follows:

**DISCOVERY PLAN**

1. Plaintiff would state that this lawsuit should be conducted under Discovery Level 3.

**PARTIES**

1. Plaintiff **CLARISSA BALDERAS** is a resident of San Marcos, Hays County, Texas.

2. Defendant **FARMERS INSURANCE GROUP dba FIRE INSURANCE EXCHANGE** is a licensed insurance company doing business in the State of Texas and is participating in FEMA's "Write Your Own" (WYO) program. Defendant issued a Standard Flood Insurance Policy (hereinafter referred to as "SFIP") in its own name, as a fiscal agent of the United States, to Plaintiff. Pursuant to 44 C.F.R. Section 62.23(d) and (i)(6), Defendant is responsible for arranging the adjustment, settlement, payment and defense of all claims arising under the policy.



It may be served with process by serving its registered agent, Chanda Sperry, 15700 Long Vista Drive, Austin, Texas 78728-3822.

**VENUE AND JURISDICTION**

4. The Court has jurisdiction over Defendant in that Defendant engages in the business of insurance in the State of Texas and because the property in question is also located in Harris County, Texas. The Court has jurisdiction over the controversy because the damages are within the jurisdictional limits of the Court. As required by Rule 47(c), Texas Rules of Civil Procedure, Plaintiff states that Plaintiff seeks monetary relief, the maximum of which is over $200,000.00 but not more than $1,000,000.00. The amount of monetary relief actually awarded, however, will ultimately be determined by a jury. Plaintiff also seeks pre-judgment and post-judgment interest at the highest legal rate.

**STATEMENT OF FACTS**

5. Plaintiff is the owner of a Texas Insurance Policy (hereinafter referred to as "the Policy"), which was issued by Defendant. Plaintiff owns the insured property, which is located at 915 Sturgeon, San Marcos, Texas 77096 (hereinafter referred to as "the Property"). Defendant sold the policy, insuring the Property as to flood damage, to Plaintiff.

6. On or about May 26, 2015, a tremendous amount of rain fell in San Marcos, Texas causing widespread flooding throughout the area. The flooding caused severe damage to Plaintiff's property which in turn led to significant damages. Compliance with FEMA regulations and guidelines require an extensive remediation and rebuild of Plaintiff's property. Shortly after the storm, Plaintiff filed an insurance claim with Defendant for the damages. Plaintiff asked that Defendant cover the cost of repairs to the Property pursuant to the Policy.


TRUE AND CORRECT COPY

7. As detailed herein, Defendant wrongfully denied Plaintiff's claim for repairs of the Property, even though the Policy provided coverage for losses such as those suffered by Plaintiff. Furthermore, Defendant underpaid some of Plaintiff's claims by not providing full coverage for the damages sustained by the Plaintiff as well as under scoping the damages during their investigation. Additionally, Defendant continues to delay in the payment of the damages to the Property. As such, Plaintiff has not been paid in full for the damages to its Property.

8. Defendant has failed to perform their contractual duties to adequately compensate Plaintiff under the terms of the Policy. Specifically, it has refused to pay the full proceeds of the Policy although due demand was made for proceeds to be paid in an amount sufficient to cover the damaged property and all conditions precedent to recovery upon the Policy had been carried out and accomplished by Plaintiff. Defendant's conduct constitutes a breach of the insurance contract between Defendant and Plaintiff.

9. Defendant misrepresented to Plaintiff that the damage to the Property was not covered under the Policy, even though the damage was caused by a covered occurrence. Defendant's conduct constitutes a violation of the Texas Insurance Code, Unfair Settlement Practices. Texas Insurance Code, Section 541.060(a)(1).

10. Defendant has failed to make an attempt to settle Plaintiff's claim in a fair manner, although they were aware of their liability to Plaintiff under the Policy. Defendant's conduct constitutes a violation of the Texas Insurance Code, Unfair Settlement Practices. Texas Insurance Code, Section 541.060(a)(2)(A).

11. Defendant has failed to explain to Plaintiff the reasons for its offer of an inadequate settlement. Specifically, Defendant failed to offer Plaintiff adequate compensation, without any explanation why full payment was not being made. Furthermore, Defendant did not communicate



that any future settlements or payments would be forthcoming to pay for the entire losses covered under the Policy, nor did it provide any explanation for the failure to adequately settle Plaintiff's claim. Defendant's conduct is a violation of the Texas Insurance Code, Unfair Settlement Practices. Texas Insurance Code, Section 541.060(a)(3).

12. Defendant has also failed to affirm or deny coverage of Plaintiff's claim within a reasonable time. Specifically, Plaintiffs did not receive timely indication of acceptance or rejection, regarding the full and entire claim, in writing from Defendant. Defendant's conduct constitutes a violation of the Texas Insurance Code, Unfair Settlement Practices. Texas Insurance Code, Section 541.060(a)(4).

13. Defendant has refused to fully compensate Plaintiff, under the terms of the Policy, even though Defendant failed to conduct a reasonable investigation. Specifically, Defendant performed an outcome-oriented investigation of Plaintiff's claim, which resulted in a biased, unfair and inequitable evaluation of Plaintiff's losses on the Property. Defendant's conduct constitutes a violation of the Texas Insurance Code, Unfair Settlement Practices. Texas Insurance Code, Section 541.060(a)(7).

14. Defendant has also failed to meet its obligations under the Texas Insurance Code regarding timely acknowledging Plaintiff's claim, beginning an investigation of Plaintiff's claim and requesting all information reasonably necessary to investigate Plaintiff's claim within the statutorily mandated time of receiving notice of Plaintiff's claim. Defendant's conduct constitutes a violation of the Texas Insurance Code, Prompt Payment of Claims. Texas Insurance Code, Section 542.055.

15. Defendant has failed to accept or deny Plaintiff's full and entire claim within statutorily mandated time of receiving all necessary information. Defendant's conduct constitutes


TRUE AND CORRECT COPY

a violation of the Texas Insurance Code, Prompt Payment of Claims. Texas Insurance Code, Section 542.056.

16. Defendant has failed to meet its obligations under the Texas Insurance Code regarding payment of claim without delay. Specifically, it has delayed full payment of Plaintiff's claim longer than allowed and, to date Plaintiff has not yet received full payment for their claim. Defendant's conduct constitutes a violation of the Texas Insurance Code, Prompt Payment of Claims. Texas Insurance Code, Sections 542.057 and 542.058.

17. From and after the time Plaintiff's claim was presented to Defendant, Defendant's liability to pay the full claim in accordance with the terms of the Policy was reasonably clear. However, Defendant has refused to pay Plaintiff in full, despite there being no basis whatsoever on which a reasonable insurance company would have relied on to deny the full payment. Defendant's conduct constitutes a breach of the common law duty of good faith and fair dealing.

18. Defendant knowingly or recklessly made false representations, as described above, as to material facts and/or knowingly concealed all or part of material information from Plaintiff. As a result of Defendant's wrongful acts and omissions, Plaintiff was forced to retain the professional services of the attorney and law firm who is representing them with respect to these causes of action.

19. Defendant is liable to Plaintiff for common law fraud. Each and every one of these representations, as described above, concerned material facts for the reason Plaintiff would not have acted and which Defendant knew were false or made recklessly without any knowledge of their truth as a positive assertion. The statements were made with the intention that they should be acted upon by Plaintiff, who in turn acted in reliance upon the statements, there causing Plaintiff to suffer injury and constituting common fraud.



20. Defendant is liable to Plaintiff for intentional breach of contract, as well intentional violations of the Texas Insurance Code.

**CAUSES OF ACTION**

**BREACH OF CONTRACT**

21. Plaintiff incorporates herein by reference the factual statements set forth in paragraphs 1 through 20 above.

22. Defendant's conduct constitutes a breach of the insurance contract made between Defendant and Plaintiff. Defendant's failure and refusal, as described above, to pay the adequate compensation as it is obligated to do under the terms of the Policy in question and under the laws of the State of Texas, constitute a breach of Defendant's insurance contract with Plaintiff.

**NONCOMPLIANCE WITH TEXAS INSURANCE CODE: UNFAIR SETTLEMENT PRACTICE AND THE PROMPT PAYMENT OF CLAIMS**

23. Plaintiff incorporates herein by reference the factual statements set forth in paragraphs 1 through 22 above.

24. Defendant's conduct constitutes multiple violations of the Texas Insurance Code, Unfair Settlement Practices. Texas Insurance Code, Section 541.060(A). All violations under this article are made actionable by Texas Insurance Code, Section 541.151. Defendant's unfair settlement practice, as described above, of misrepresenting to Plaintiff material facts relating to the coverage at issue, constitutes an unfair method of completion and an unfair and deceptive act or practice in the business of insurance. Texas Insurance Code, Section 541.060(1).

25. Defendant's unfair settlement practice, as described above, of failing to attempt in good faith to effectuate a prompt, fair, and equitable settlement of the claim, even though Defendant's liability under the Policy was reasonably clear, constitutes an unfair method of



competition and un unfair and deceptive act or practice in the business of insurance. Texas Insurance Code, Section 541.060(a)(2)(A).

26. Defendant's unfair settlement practice, as described above, of failing to promptly provide Plaintiff with a reasonable explanation of the basis in the Policy, in relation to the facts or applicable law, for its offer of a compromise settlement of the claim, constitutes an unfair method of competition and an unfair and deceptive act or practice in the business of insurance. Texas Insurance Code, Section 541.060(3).

27. Defendant's unfair settlement practice, as described above, of failing within a reasonable time to affirm or deny coverage of the claim to Plaintiff or to submit a reservation of rights to Plaintiff, constitutes an unfair method of competition and an unfair and deceptive at or practice in the business of insurance. Texas Insurance Code, Section 541.060(4).

28. Defendant's unfair settlement practice, as described above, of refusing to pay Plaintiff's claim without conducting a reasonable investigation, constitutes an unfair method of competition and an unfair and deceptive act or practice in the business of insurance. Texas Insurance Code, Section 541.060(7).

29. Defendant's conduct constitutes multiple violations of the Texas Insurance Code, Prompt Payment of Claims. All violations made under this article are made actionable by Texas Insurance Code, Section 542.060.

30. Defendant's failure to acknowledge receipt of Plaintiff's claim, commence investigation of the claim, and request from Plaintiffs all items, statements, and forms that it reasonably believed would be required within the applicable time constraints, as described above, constitutes a non-prompt payment of claims and a violation of the Texas Insurance Code, Section 542.055.

TRUE AND CORRECT COPY

31. Defendant's failure to notify Plaintiff in writing of its acceptance or rejection of the claim within the applicable time constraints constitutes a non-prompt payment of the claim. Texas Insurance Code, Section 542.056.

32. Defendant's delay of the payment of Plaintiff's claim following its receipt of all items, statements, and forms reasonably requested and required, longer than the amount of time provided for, as described above, constitutes a non-prompt payment of the claim. Texas Insurance Code, Section 542.057 and 542.058.

**KNOWLEDGE**

33. Plaintiff incorporate herein by reference the factual statements set forth in paragraphs 1 through 33 above.

34. Each of the acts described above, together and singularly, was done "knowingly" as that term is used in the Texas Insurance Code and were a producing cause of Plaintiff's damages described herein.

**BREACH OF THE DUTY OF GOOD FAITH AND FAIR DEALING**

35. Plaintiff incorporates herein by reference the factual statements set forth in paragraphs 1 through 34 above.

36. Defendant's conduct constitutes a breach of the common law duty of good faith and fair dealing owed to its insureds in insurance contracts.

37. Defendant's failure, as described above, to adequately and reasonably investigate and evaluate Plaintiff's claim, although, at that time, Defendant knew or should have known by exercise of reasonable diligence that its liability was reasonably clear, constitutes a breach of the duty of good faith and fair dealing.



**DAMAGES**

38. Plaintiff incorporates herein by reference the factual statements set forth in paragraphs 1 through 37 above.

39. Plaintiff would show that all of the aforementioned acts, taken together or singularly, constitute the producing causes of the damages sustained by Plaintiff.

40. For breach of contract, Plaintiff is entitled to regain the benefit of her bargain, which is the amount of her claim together with attorney's fees.

41. For noncompliance with the Texas Insurance Code, Unfair Settlement Practices, Plaintiff is entitled to actual damages, which include the loss of the benefits that should have been paid pursuant to the policy, court costs and attorney's fees. For knowing conduct of the acts complained of, Plaintiff asks for three times her actual damages. Texas Insurance Code, Section 541.152.

42. For noncompliance with Texas Insurance Code, Prompt Payment of Claims, Plaintiff is entitled to the amount of her claim, as well as eighteen (18) percent interest per annum of the amount of such claim as damages, together with attorney's fees. Texas Insurance Code, Section 542.060.

43. For fraud, Plaintiff is entitled to recover actual damages and exemplary damages for knowing fraudulent and malicious representations, along with interest and court costs.

44. For the prosecution and collection of this claim, Plaintiff has been compelled to engage the services of the attorney whose name is subscribed to this pleading. Therefore, Plaintiff is entitled to recover a sum for the reasonable and necessary services of Plaintiff's attorney in the preparation and trial of this action, including any appeals to the Court of Appeals and/or the Supreme Court of Texas.

TRUE AND
CORRECT COPY

## REQUESTS FOR DISCLOSURE

45. Pursuant to Rule 194, you are requested to disclose, within fifty (50) days of service of this request, the information or material described in Rule 194.2(a)-(l).

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that upon trial hereof, Plaintiff recovers such sums as would reasonably and justly compensate her in accordance with the rules of law and procedure, both as to actual damages, treble damages under the Texas Insurance Code and all punitive and exemplary damages as may be found. In addition, Plaintiff requests the award of attorney's fees for the trial and any appeal of this case, for all costs of Court in her behalf expended, for pre-judgment and post-judgment interest as allowed by law, and for any other and further relief, either at law or in equity, to which she may show herself to be justly entitled.

Respectfully submitted,

**LAW OFFICES OF KEVIN R. MICHAELS, P.C.**

By: /s/ Kevin R. Michaels

Kevin R. Michaels
State Bar No.: 00784598
888 W. Sam Houston Pkwy. S., Suite 226
Houston, Texas 77042
Telephone: 281-496-9889
Facsimile: 281-496-4211
kmichaels@michaelslaw.net

ATTORNEY FOR PLAINTIFF

**I, BEVERLY CRUMLEY, District Clerk of Hays County, Texas, hereby certify that the foregoing consisting of** 10 **pages, is a true, correct and full copy of the instrument herewith set out as it appears of record in the District Clerk's Office of Hays County, Texas this** 5th **day of** August **, 20**16
**Beverly Crumley, District Clerk**

**By:** Rachael [illegible]
**Deputy**

TRUE AND CORRECT COPY

RECEIVED 7-12-16 MD

# BEVERLY CRUMLEY

HAYS COUNTY DISTRICT CLERK

Hays County Government Center 712 S. Stagecoach Trail #2211 San Marcos, Texas 78666
PHONE (512) 393-7660 FAX (512)393-7674

ISSUANCE OF PROCESS INSTRUCTIONS
CAUSE NUMBER: 16-1380
428th

**TYPE OF PROCESS:**

[X] Citation [ ] Citation by Posting [ ] Temporary Restraining Order
[ ] Citation by Publication (Please indicate which newspaper below)
[ ] Temporary Injunction [ ] Permanent Injunction [ ] Show Cause Notice
[ ] Precept [ ] Appl. and Temp Ex Parte Protective Order [ ] Capias
[ ] Writ of Attachment (person) [ ] Writ of Habeas Corpus [ ] Writ of Sequestration
[ ] Writ of Garnishment [ ] Civil Subpoena [ ] Criminal Subpoena
[ ] Other ____________ (Do not request post judgment remedies on this form, use other form (Execution, Orders of Sale, Abstracts)

**TYPE OF SERVICE:**

[ ] Attorney will pick up (Place in Attorney Box)
[ ] Runner/Process Server will pick up (Place in pick up box)
[X] Mail to Attorney's Office/Requesting Party
[ ] Forward to Constable's Office (Circle one) Precinct - 1 2 3 4 5
(**Service Fee and Copy or Copy Fee Required**)
[ ] Serve by Certified Mail **Service Fee and Copy or Copy Fee Required**
[ ] Publication (Circle one) Hays Free Press San Marcos Daily Record Other
(*Service Fee Required*) Brief Statement of Suit (use reverse side)
[ ] Posting at Courthouse Door
(*Service fee and copy or copy fee required*) Brief Statement of Suit (use reverse side)

TITLE OF DOCUMENT TO BE SERVED AND FILE DATE: Original Petition Filed 7/12/16

PARTY TO BE SERVED: (Please fill out a new request form per party to be served)
**Do not complete this section if requesting Criminal / Civil Subpoena**
NAME/AGENT: Farmers Insurance Group dba Fire Insurance Exchange by serving Chanda Sperry

ADDRESS: 15700 Long Vista Drive

CITY/STATE/ZIP: Austin, TX 78728

SIGNATURE OF PARTY REQUESTING SERVICE: [signature]
PHONE NUMBER: 281-456-5885 E-MAIL: kmichaels@michaelslaw.net

**IF SERVICE IS NOT PICKED UP WITHIN 14 BUSINESS DAYS, IT WILL BE DESTROYED****

✓ MR 7.13.16 mailed to Attorney



TRUE AND CORRECT COPY

# BEVERLY CRUMLEY

HAYS COUNTY DISTRICT CLERK

Hays County Government Center 712 S. Stagecoach Trail #2211 San Marcos, Texas 78666
PHONE (512) 393-7660 FAX (512)393-7674

ISSUANCE OF PROCESS INSTRUCTIONS
CAUSE NUMBER: 16-1386 428th

**TYPE OF PROCESS:**

[x] Citation [ ] Citation by Posting [ ] Temporary Restraining Order
[ ] Citation by Publication (Please indicate which newspaper below)
[ ] Temporary Injunction [ ] Permanent Injunction [ ] Show Cause Notice
[ ] Precept [ ] Appl. and Temp Ex Parte Protective Order [ ] Capias
[ ] Writ of Attachment (person) [ ] Writ of Habeas Corpus [ ] Writ of Sequestration
[ ] Writ of Garnishment [ ] Civil Subpoena [ ] Criminal Subpoena
[ ] Other ______ (Do not request post judgment remedies on this form, use other form (Execution, Orders of Sale, Abstracts)

**TYPE OF SERVICE:**

[ ] Attorney will pick up (Place in Attorney Box)
[ ] Runner/Process Server will pick up (Place in pick up box)
[x] Mail to Attorney's Office/Requesting Party
[ ] Forward to Constable's Office (Circle one) Precinct - 1 2 3 4 5
(**Service Fee and Copy or Copy Fee Required**)
[ ] Serve by Certified Mail **Service Fee and Copy or Copy Fee Required**
[ ] Publication (Circle one) Hays Free Press San Marcos Daily Record Other
(*Service Fee Required*) Brief Statement of Suit (use reverse side)
[ ] Posting at Courthouse Door
(*Service fee and copy or copy fee required*) Brief Statement of Suit (use reverse side)

TITLE OF DOCUMENT TO BE SERVED AND FILE DATE: Original Petition Filed 7/12/16

PARTY TO BE SERVED: (Please fill out a new request form per party to be served)
**Do not complete this section if requesting Criminal / Civil Subpoena**
NAME/AGENT: Farmers Insurance Group dba Fire Insurance Exchange by serving Chanda Sperry

ADDRESS: 15700 Long Vista Drive

CITY/STATE/ZIP: Austin, TX 78728

SIGNATURE OF PARTY REQUESTING SERVICE: [signature]
PHONE NUMBER: 281-456-5845 E-MAIL: [illegible]

**IF SERVICE IS NOT PICKED UP WITHIN 14 BUSINESS DAYS, IT WILL BE DESTROYED****



CITATION
THE STATE OF TEXAS

FILED
7/27/2016 3:47:26 PM
Beverly Crumley
District Clerk
Hays County, Texas

CAUSE NO. 16-1380

STYLED: CLARISSA BALDERAS VS. FARMERS INSURANCE GROUP DBA FIRE INSURANCE EXCHANGE

TO: **FARMERS INSURANCE GROUP D/B/A FIRE INSURANCE EXCHANGE, BY SERVING ITS REGISTERED AGENT, CHANDA SPERRY, 15700 LONG VISTA DRIVE, AUSTIN, TX 78728-3822.**

**NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 am on the Monday next following the expiration of 20 days after the date you were served this citation and petition, a default judgment may be taken against you."**

Attached is a copy of the **PLAINTIFF'S ORIGINAL PETITION**, which was filed by the **PLAINTIFF**, in the above styled and numbered cause on the **12TH DAY OF JULY, 2016**, in the 428th District Court of Hays County, San Marcos, Texas.

Issued and given under my hand and seal of said Court at San Marcos, Texas on this the 13th day of July, 2016.

REQUESTED BY:
Kevin R. Michaels
888 W Sam Houston Pkwy S Suite 226
Houston TX 77042
281-496-9889

BEVERLY CRUMLEY
Hays County District Clerk
Hays County Government Center
712 Stagecoach Trail, Ste 2211
San Marcos, Texas 78666

By: Mallory Rogers, Deputy

**OFFICER'S RETURN**

Came to hand on the __ day of ________ 20___ at _____ o'clock ___M and executed the ___ day of ______ 20___ by delivering to defendant ____________________ in person, a true copy of this citation with a copy of the petition attached thereto on ____ day of ___________ 20___ at _______ o'clock ___M at ____________________ in ________________ County, Texas.

[ ] Not executed. The diligence used in finding defendant being________________________________

[ ] Information received as to the whereabouts of defendant being____________________________

Service Fee:$______________

Sworn to and subscribed before me this the _____day of________________,______.

________________________________
NOTARY PUBLIC, THE STATE OF TEXAS

SHERIFF/CONSTABLE/AUTHORIZED PERSON
BY:________________________________

________________________________
Printed Name of Server

____________________County, Texas

ORIGINAL FOR RETURN

TRUE AND CORRECT COPY

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Farmers Ins. Group dba Fire Insurance Exchange
By serving Chanda Sperry
15700 Long Vista Drive
Austin, Texas 78728-3822

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X [signature] ☑ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery [handwritten]

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail® ☐ Priority Mail Express™
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7013 2250 0001 0122 6378

PS Form 3811, July 2013 Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7013 2250 0001 0122 6378

Sent To: Farmers
Street, Apt. No.; or PO Box No. 15700 Long Vista
City, State, ZIP+4 Austin, TX 78728

PS Form 3800, August 2006 See Reverse for Instructions

I, BEVERLY CRUMLEY, District Clerk of Hays County, Texas, hereby certify that the foregoing consisting of 2 pages, is a true, correct and full copy of the instrument herewith set out as it appears of record in the District Clerk's Office of Hays County, Texas this 5th day of August, 2016.
Beverly Crumley, District Clerk

By: [signature]
Deputy

# CIVIL CASE INFORMATION SHEET (REV. 2/13)

CAUSE NUMBER (FOR CLERK USE ONLY): 16-1380 COURT (FOR CLERK USE ONLY): ____________

STYLED Clarissa Balderas v. Farmers Insurance Group d/b/a Fire Insurance Exchange
(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

**1. Contact information for person completing case information sheet:**

Name: Kevin R Michaels
Email: kmichaels@michaelslaw.net
Address: 888 W Sam Houston Pkwy S., Suite 228
Telephone: 281-496-9889
City/State/Zip: Houston, Texas 77042
Fax: 281-496-9889
Signature: [signature]
State Bar No: 00784598

**Names of parties in case:**

Plaintiff(s)/Petitioner(s): Clarissa Balderas

Defendant(s)/Respondent(s): Farmers Insurance Group d/b/a Fire Insurance Exchange

[Attach additional page as necessary to list all parties]

**Person or entity completing sheet is:**
- ☒ Attorney for Plaintiff/Petitioner
- ☐ *Pro Se* Plaintiff/Petitioner
- ☐ Title IV-D Agency
- ☐ Other: ______

Additional Parties in Child Support Case:
Custodial Parent: ______
Non-Custodial Parent: ______
Presumed Father: ______

**2. Indicate case type, or identify the most important issue in the case (*select only 1*):**

**Civil**

**Contract**
*Debt/Contract*
- ☐ Consumer/DTPA
- ☐ Debt/Contract
- ☐ Fraud/Misrepresentation
- ☐ Other Debt/Contract: ______

*Foreclosure*
- ☐ Home Equity—Expedited
- ☐ Other Foreclosure
- ☐ Franchise
- ☒ Insurance
- ☐ Landlord/Tenant
- ☐ Non-Competition
- ☐ Partnership
- ☐ Other Contract: ______

**Injury or Damage**
- ☐ Assault/Battery
- ☐ Construction
- ☐ Defamation

*Malpractice*
- ☐ Accounting
- ☐ Legal
- ☐ Medical
- ☐ Other Professional Liability: ______
- ☐ Motor Vehicle Accident
- ☐ Premises

*Product Liability*
- ☐ Asbestos/Silica
- ☐ Other Product Liability List Product: ______
- ☐ Other Injury or Damage: ______

**Real Property**
- ☐ Eminent Domain/ Condemnation
- ☐ Partition
- ☐ Quiet Title
- ☐ Trespass to Try Title
- ☐ Other Property: ______

**Related to Criminal Matters**
- ☐ Expunction
- ☐ Judgment Nisi
- ☐ Non-Disclosure
- ☐ Seizure/Forfeiture
- ☐ Writ of Habeas Corpus—Pre-indictment
- ☐ Other: ______

**Employment**
- ☐ Discrimination
- ☐ Retaliation
- ☐ Termination
- ☐ Workers' Compensation
- ☐ Other Employment: ______

**Other Civil**
- ☐ Administrative Appeal
- ☐ Antitrust/Unfair Competition
- ☐ Code Violations
- ☐ Foreign Judgment
- ☐ Intellectual Property
- ☐ Lawyer Discipline
- ☐ Perpetuate Testimony
- ☐ Securities/Stock
- ☐ Tortious Interference
- ☐ Other: ______

**Family Law**

**Marriage Relationship**
- ☐ Annulment
- ☐ Declare Marriage Void

*Divorce*
- ☐ With Children
- ☐ No Children

**Other Family Law**
- ☐ Enforce Foreign Judgment
- ☐ Habeas Corpus
- ☐ Name Change
- ☐ Protective Order
- ☐ Removal of Disabilities of Minority
- ☐ Other: ______

**Post-judgment Actions (non-Title IV-D)**
- ☐ Enforcement
- ☐ Modification—Custody
- ☐ Modification—Other

**Title IV-D**
- ☐ Enforcement/Modification
- ☐ Paternity
- ☐ Reciprocals (UIFSA)
- ☐ Support Order

**Parent-Child Relationship**
- ☐ Adoption/Adoption with Termination
- ☐ Child Protection
- ☐ Child Support
- ☐ Custody or Visitation
- ☐ Gestational Parenting
- ☐ Grandparent Access
- ☐ Parentage/Paternity
- ☐ Termination of Parental Rights
- ☐ Other Parent-Child: ______

**Tax**
- ☐ Tax Appraisal
- ☐ Tax Delinquency
- ☐ Other Tax

**Probate & Mental Health**

*Probate/Wills/Intestate Administration*
- ☐ Dependent Administration
- ☐ Independent Administration
- ☐ Other Estate Proceedings
- ☐ Guardianship—Adult
- ☐ Guardianship—Minor
- ☐ Mental Health
- ☐ Other: ______

**3. Indicate procedure or remedy, if applicable (*may select more than 1*):**
- ☐ Appeal from Municipal or Justice Court
- ☐ Arbitration-related
- ☐ Attachment
- ☐ Bill of Review
- ☐ Certiorari
- ☐ Class Action
- ☐ Declaratory Judgment
- ☐ Garnishment
- ☐ Interpleader
- ☐ License
- ☐ Mandamus
- ☐ Post-judgment
- ☐ Prejudgment Remedy
- ☐ Protective Order
- ☐ Receiver
- ☐ Sequestration
- ☐ Temporary Restraining Order/Injunction
- ☐ Turnover

**4. Indicate damages sought (*do not select if it is a family law case*):**
- ☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
- ☐ Less than $100,000 and non-monetary relief
- ☐ Over $100,000 but not more than $200,000
- ☒ Over $200,000 but not more than $1,000,000
- ☐ Over $1,000,000

*Law Offices of Kevin R. Michaels, P.C.*
*A Professional Corporation*
888 W. Sam Houston Pkwy. S., Suite 226
Houston, Texas 77042

***Telephone*** 281.496.9889
***Facsimile*** 281.496.4211

e-mail: kmichaels@michaelslaw.net

July 12, 2016

***Via e-filing***
Ms. Beverly Crumley
Hays County District Clerk
712 S. Stagecoach Trail, Suite 2211
San Marcos, Texas 78666

RE: Cause No. 16-1380; ***Clarissa Balderas v. Farmers Insurance Group d/b/a Fire Insurance Exchange***; In the _________ Judicial District Court, Hays County, Texas.

Dear Ms. Crumley

Enclosed for filing with the Court please find ***Plaintiff's Original Petition, Case Information Sheet*** and ***Civil Process Request Form*** with regard to the above-referenced cause of action. Please file these documents among the papers in accordance with your usual procedure.

I have also submitted the appropriate payment for filing fees and the issuance of the citation in this matter. I ask that the citation be issued and returned to me for service.

Thank you and should you have any questions, please feel free to call me.

Yours very truly,

*/s/ Kevin R. Michaels*

Kevin R. Michaels

KRM:krm
Enclosures

CITATION
THE STATE OF TEXAS

CAUSE NO. 16-1380

STYLED: CLARISSA BALDERAS VS. FARMERS INSURANCE GROUP DBA FIRE INSURANCE EXCHANGE

TO: **FARMERS INSURANCE GROUP D/B/A FIRE INSURANCE EXCHANGE, BY SERVING ITS REGISTERED AGENT, CHANDA SPERRY, 15700 LONG VISTA DRIVE, AUSTIN, TX 78728-3822.**

**NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 am on the Monday next following the expiration of 20 days after the date you were served this citation and petition, a default judgment may be taken against you."**

Attached is a copy of the **PLAINTIFF'S ORIGINAL PETITION**, which was filed by the **PLAINTIFF**, in the above styled and numbered cause on the **12TH DAY OF JULY, 2016**, in the 428th District Court of Hays County, San Marcos, Texas.

Issued and given under my hand and seal of said Court at San Marcos, Texas on this the 13th day of July, 2016.

REQUESTED BY:
Kevin R. Michaels
888 W Sam Houston Pkwy S Suite 226
Houston TX 77042
281-496-9889

BEVERLY CRUMLEY
Hays County District Clerk
Hays County Government Center
712 Stagecoach Trail, Ste. 2211
San Marcos, Texas 78666

By: [signature]
Mallory Rogers, Deputy

**OFFICER'S RETURN**

Came to hand on the __ day of ________ 20___ at _____ o'clock ___M and executed the ___ day of ______20___ by delivering to defendant ____________________________ in person, a true copy of this citation with a copy of the petition attached thereto on ____ day of ___________ 20___ at _______ o'clock ___M at _______________________ in _________________ County, Texas.

[ ] Not executed. The diligence used in finding defendant being______________________________

[ ] Information received as to the whereabouts of defendant being____________________________

Service Fee:$______________

Sworn to and subscribed before me this the _____day of_______________,______.

SHERIFF/CONSTABLE/AUTHORIZED PERSON
BY:_________________________________

_______________________________
Printed Name of Server

_________________________________
NOTARY PUBLIC, THE STATE OF TEXAS

________________County, Texas

ORIGINAL FOR RETURN




# BEVERLY CRUMLEY

HAYS COUNTY DISTRICT CLERK

Hays County Government Center 712 S. Stagecoach Trail #2211 San Marcos, Texas 78666
PHONE (512) 393-7660 FAX (512)393-7674

ISSUANCE OF PROCESS INSTRUCTIONS
CAUSE NUMBER: 16-1580

**TYPE OF PROCESS:**

[X] Citation [ ] Citation by Posting [ ] Temporary Restraining Order
[ ] Citation by Publication (Please indicate which newspaper below)
[ ] Temporary Injunction [ ] Permanent Injunction [ ] Show Cause Notice
[ ] Precept [ ] Appl. and Temp Ex Parte Protective Order [ ] Capias
[ ] Writ of Attachment (person) [ ] Writ of Habeas Corpus [ ] Writ of Sequestration
[ ] Writ of Garnishment [ ] Civil Subpoena [ ] Criminal Subpoena
[ ] Other ________ (Do not request post judgment remedies on this form, use other form (Execution, Orders of Sale, Abstracts)

**TYPE OF SERVICE:**

[ ] Attorney will pick up (Place in Attorney Box)
[ ] Runner/Process Server will pick up (Place in pick up box)
[X] Mail to Attorney's Office/Requesting Party
[ ] Forward to Constable's Office (Circle one) Precinct - 1 2 3 4 5
(**Service Fee and Copy or Copy Fee Required**)
[ ] Serve by Certified Mail **Service Fee and Copy or Copy Fee Required**
[ ] Publication (Circle one) Hays Free Press San Marcos Daily Record Other
(*Service Fee Required*) Brief Statement of Suit (use reverse side)
[ ] Posting at Courthouse Door
(*Service fee and copy or copy fee required*) Brief Statement of Suit (use reverse side)

TITLE OF DOCUMENT TO BE SERVED AND FILE DATE: ORIGINAL PETITION FILED 7/12/16

PARTY TO BE SERVED: (Please fill out a new request form per party to be served)
**Do not complete this section if requesting Criminal / Civil Subpoena**

NAME/AGENT: FARMERS INSURANCE GROUP dba FIRE INSURANCE EXCHANGE BY SERVING CHANDA SPERRY

ADDRESS: 15700 LONG VISTA DRIVE

CITY/STATE/ZIP: AUSTIN, TX 78728

SIGNATURE OF PARTY REQUESTING SERVICE: [signature]

PHONE NUMBER: 281-456-5895 E-MAIL: KMICHAELS@MICHAELSLAW.NET

**IF SERVICE IS NOT PICKED UP WITHIN 14 BUSINESS DAYS, IT WILL BE DESTROYED****