IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CLARISSA BALDERAS | § | |
| | § | |
| PLAINTIFF | § | |
| | § | |
| VERSUS | § | CIVIL ACTION NO.: 1:16-cv-00951-RP |
| | § | |
| FARMERS INSURANCE GROUP DBA | § | |
| FIRE INSURANCE EXCHANGE | § | |
| | § | |
| DEFENDANT | § | |
| | § | |

**RULE 41(a) JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiff, Clarissa Balderas, and Defendant, Texas Farmers Insurance Company, by and through their respective undersigned counsel, and hereby stipulate and agree that this matter has been amicably resolved, and that the above-referenced cause may be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: August 7, 2017.

Respectfully submitted,

*/s/ Kevin R. Michaels*
Kevin R. Michaels
888 W. Sam Houston Pkwy. S.
Suite 226
Houston, Texas 77042
P: (281) 496-9889; F: (281) 496-4211
Email: kmichaels@michaelslaw.net
Counsel for Plaintiff, CLARISSA BALDERAS

AND

/s/ *Joseph J. Aguda, Jr.*
JOSEPH J. AGUDA, JR., LA. S.B. 27762
**NIELSEN, CARTER & TREAS, LLC**
3838 N. Causeway Boulevard, Suite 2850
Metairie, LA 70002
P: (504) 837-2500; F: (504) 832-9165
Email: jaguda@nct-law.com
Counsel for Defendant,
TEXAS FARMERS INSURANCE COMPANY

DOUGLAS D. D'ARCHE
STATE BAR NO. 00793582
BRADLEY K. JONES
STATE BAR NO. 24060041
**BAKER & HOSTETLER, LLP**
811 Main Street, Suite 1100
Houston, TX 77002
P: (713) 751-1600; F: (713) 751-1717
Email: ddarche@bakerlaw.com
bkjones@bakerlaw.com;
Local Counsel for Defendant,
TEXAS FARMERS INSURANCE COMPANY